IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APRIL L. LANDRETH, | ) | CASE NO. 7:05CV5012 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Jo Anne B. Barnhart, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion to extend her briefing deadline by forty-five (45) days (Filing No. 14).

The motion will be granted. However, absent most unusual circumstances no further continuances will be granted at the Plaintiff's request, and Plaintiff's counsel will be ordered to remedy the difficulty with his e-mail provider.

IT IS ORDERED:

1. The Plaintiff's motion to extend her briefing deadline (Filing No. 14) is granted;

2. The Plaintiff's brief shall be filed on or before January 30, 2006; and

3. Plaintiff's counsel shall remedy the described difficulty with his e-mail provider.

DATED this 6th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge